COB SCAN 04/19/2018 10:47:41

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on March 15th, 2018 at approximately 0844 hours, while exercising my duties as a law enforcement officer in the 8th US District of Minnesota

I Officer Rose (#1830) was sitting in office (1S-129) when another Officer escorted a subject inside to discuss a matter. Mr. Michael Scott (DOB: 04/22/66, identified by a MN DL) was upset at a blood draw technician in the hospital and wanted to report the incident to the Police. During the conversation with Scott, he became increasingly un-cooperative and demanding. Scott would on many occasions start to raise his voice and be asked to lower it without complying. After many attempts to keep his voice down, Scott was warned he was going to be asked to leave the hospital and he would receive a disorderly conduct citation due to his behavior. Scott did not and would not keep his voice down during the conversation. A group class was being conducted next door which caused the group to take a break due to the loud nature of Scott. Scott was placed under arrest for disorderly conduct due to his unwillingness to cooperate with police. Scott was issued his citation and was escorted off VA Property.

Scott received citation (#6411570) and I cleared the call with nothing further to report.

The foregoing statement is based upon:

_X__my personal observation     __X__my personal investigation

___information supplied to me from my fellow officer's observation

___other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:_03/15/2018____________________________________

Date (mm/dd/yyyy)     Officer's Signature