**United States District Court**
**Violation Notice**

CVB Location Code: MN08

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6411570 | J. Rose | 1930 |

6411570

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 03/15/18 0844 | 38 CFR 1.218(b) 11 |

Place of Offense: VA Hospital Room 15-129

Offense Description: Factual Basis for Charge — HAZMAT ☐

Disorderly conduct which creates loud, boisterous + noise.

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Scott | Michael | B |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 250.00 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ 280.00 Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy): 3/15/18

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 04/19/2018 10:47

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20_____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/19/2018 10:47